# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| EXETER TOWNSHIP, | : | No. 92 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LABOR RELATIONS BOARD, | : | |
| | : | |
| | : | |
| Petitioner | : | |
| | | |
| EXETER TOWNSHIP | : | No. 96 MAL 2018 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| PENNSYLVANIA LABOR RELATIONS BOARD | : | |
| | : | |
| PETITION OF: TEAMSTERS LOCAL 429, | : | |
| | : | |
| Intervenor | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of September, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue rephrased for clarity, is:

    (1)    Does Section 614 of the Municipalities Planning Code, 53 P.S. § 10614, provide sufficient basis to determine that a zoning officer is a management level employee absent evidence regarding actual job duties?